ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, Ca 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs
Travis D. Wilson, Sergio Velazquez Cano,
& Domingo Hernandez



UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| TRAVIS D. WILSON, SERGIO VELAZQUEZ CANO, & DOMINGO HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN ROOFING & CONSTRUCTION INC., CHANG H. HAN, & DOES 1 - 10,<br><br>Defendants | Case No.: C06-03197 SI<br><br>PLAINTIFFS' EX PARTE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER |

Plaintiffs hereby move ex parte that the Initial Case Management Conference be continued to September 15, 2006 as follows:

1. In or about March 2006, plaintiffs, Travis Wilson, Sergio Cano and Domingo Hernandez entered into a contingency fee agreement, employing my firm to represent them to pursue damages for unpaid overtime time under Fair Labor Standards Act and California Labor Code. Thereafter, Mr. Wilson and Mr. Cano had called me numerous times urging the prompt filing of their complaint. This case was filed on May 12, 2006 against defendants Sun Roofing & Construction Inc. and Chang Ha. On June 22, 2006, the Summons was served on both defendants Sun Roofing & Construction Inc. and Chang Han.

2. Shortly after service of Summons, I received phones from a lady from defendant Sun Roofing & Construction Inc. concerning this case.

**PLAINTIFFS' EX PARTE TO CONTINUE INITIAL CMC**
Wilson, et. al. vs. Sun Roofing & Construction Inc., et. al.

4. On or about July 1, 2006, I received three letters, allegedly signed by three plaintiffs, stating that they decided not to continue this case, requesting that the case be dismissed. Shortly thereafter, I received a phone call from plaintiff Travis Wilson, alleging that he made a mistake in alleging that he was owed overtime, and denying that he received any payment from defendants to settle this case. Recently, I received a notarized letter from Mr. Wilson, requesting to dismiss his case. A substantially same letter, allegedly signed by Mr. Cano, was also received, which did not notarize the identification of the person signing the letter. No notarized letter relating to Mr. Hernandez has been received.

5. To discharge our duty as plaintiffs' attorney to ascertain plaintiffs' intension to abandon their lawsuits from the direct communications with plaintiffs, we have sent out letters to plaintiffs' addresses maintained in our file. Should we still not receive responses from plaintiffs for certain period of time, we will assume that plaintiffs have reached collusive settlements with defendants to defraud my attorney's fees and costs, and will accordingly bring a motion for permission to continue litigating the case to judgment for the purpose of collecting attorney's fees pursuant to <u>Bennett v. Sinclair Nav. Co.</u>, 33 F. Supp. 14 (E.D. Pa. 1940), <u>Katopodis v. Liberian S/T Olympic Sun</u>, 282 F. Supp. 369 (E.D. Va. 1968), and <u>The Golden Star</u>, 82 F.2d 687 (9th Cir. 1936).

6. As such, plaintiffs request that the Initial Case Management Conference scheduled on August 11, 2006 be continued for 45 days to September 15, 2006.

7. I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: August 9, 2006                          ADAM WANG

                                                                  By:   /s/ Adam Wang
                                                                         Attorney for Plaintiffs

**PLAINTIFFS' EX PARTE TO CONTINUE INITIAL CMC**
Wilson, et. al. vs. Sun Roofing & Construction Inc., et. al.

1
2 **[PROPOSED] ORDER**

3       GOOD CAUSE SHOWING, IT IS HEREBY ORDERED that the Initial Case

4 Management Conference be continued to September 15, 2006.

5       IT IS SO ORDERED.

6

7 Dated: August ____, 2006            By _____
                                                                                Susan Illston
                                                                                 United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3      CASE NO. C06-03197 SI
**PLAINTIFFS' EX PARTE TO CONTINUE INITIAL CMC**
Wilson, et. al. vs. Sun Roofing & Construction Inc., et. al.